# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WADE OSTARLY

NO. 2025 KW 0688

**SEPTEMBER 8, 2025**

---

In Re:   Wade Ostarly, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3336-F-2019.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT